# CERTIFICATE OF SERVICE

I, Peter J. Keane, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint were made August 6, 2025, by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**SEE ATTACHED SERVICE LIST**

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

**SEE ATTACHED SERVICE LIST**

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                                  (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 6, 2025

/s/ Peter J. Keane
Peter J. Keane (DE Bar No. 5503)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

4917-0925-8842.3 96859.001

Yellow v. First Brands Adversary Service List
Document No. 4911-9679-2411v2
39 – First Class Mail and Certified Mail

**FIRST CLASS MAIL & CERTIFIED MAIL**
First Brands Group, LLC
3255 W Hamlin Road
Rochester Hills, MI  48309

**FIRST CLASS MAIL & CERTIFIED MAIL**
Registered Agent Solutions, Inc
*(re First Brands Group, LLC)*
838 Walker Road Suite 21-2
Dover, DE  19904

**FIRST CLASS MAIL & CERTIFIED MAIL**
Registered Agent Solutions, INC.
*(re First Brands Group, LLC)*
901 S. 2nd Street, Suite 201
Springfield, IL  62704

**FIRST CLASS MAIL & CERTIFIED MAIL**
ASC Industries, Inc.
2100 International Pkwy.
North Canton, OH  44720

**FIRST CLASS MAIL & CERTIFIED MAIL**
ASC Industries, Inc.
1406 W. 175th St.
East Hazel Crest, IL  60429

**FIRST CLASS MAIL & CERTIFIED MAIL**
Registered Agent Solutions, Inc.
*(re ASC Industries, Inc.)*
4568 Mayfield Rd, Suite 204
Cleveland, OH  44121

**FIRST CLASS MAIL & CERTIFIED MAIL**
Corporation Trust Company
*(re ASC Industries, Inc.)*
1209 Orange Street
Wilmington, DE  19801

**FIRST CLASS MAIL & CERTIFIED MAIL**
Brake Parts Inc. LLC (BPI)
4400 Prime Parkway
McHenry, IL  60050

**FIRST CLASS MAIL & CERTIFIED MAIL**
Registered Agent Solutions, Inc
*(re Brake Parts Inc. LLC (BPI))*
838 Walker Road, Suite 21-2
Dover, DE  19904

**FIRST CLASS MAIL & CERTIFIED MAIL**
Carter Fuel Systems, LLC
127 Public Sq, STE 5300
Cleveland, OH  44114

**FIRST CLASS MAIL & CERTIFIED MAIL**
Carter Fuel Systems, LLC
3255 W Hamlin Rd
Rochester Hills, MI  48309

**FIRST CLASS MAIL & CERTIFIED MAIL**
Carter Fuel Systems, LLC
101 E. Industrial Blvd.
Logansport, IN  46947

**FIRST CLASS MAIL & CERTIFIED MAIL**
Registered Agent Solutions, Inc
*(re Carter Fuel Systems, LLC)*
838 Walker Road, Suite 21-2
Dover, DE  19904

**FIRST CLASS MAIL & CERTIFIED MAIL**
CT Corporation System
*(re Carter Fuel Systems, LLC)*
334 North Senate Avenue
Indianapolis, IN  46204

**FIRST CLASS MAIL & CERTIFIED MAIL**
Centric Parts, Inc
14313 Bonelli Street
City of Industry, CA  91745

**FIRST CLASS MAIL & CERTIFIED MAIL**
Centric Parts, Inc
127 Public Square, #5110
Cleveland, OH  44114 (Corporate Office)

**FIRST CLASS MAIL & CERTIFIED MAIL**
Registered Agent
*(re Centric Parts, Inc.)*
14313 Bonelli Street
City of Industry, CA  91745

**FIRST CLASS MAIL & CERTIFIED MAIL**
CWD, LLC
127 Public Square, Suite 5300
Cleveland, OH  44114

**FIRST CLASS MAIL & CERTIFIED MAIL**
CWD, LLC
14528 Bonelli St
City of Industry, CA  91746

**FIRST CLASS MAIL & CERTIFIED MAIL**
Registered Agent Solutions, Inc
*(re CWD, LLC)*
720 14th Street
Sacramento, CA  95814

**FIRST CLASS MAIL & CERTIFIED MAIL**
Cequent Performance Products, Inc.
47912 Halyard Dr, #100
Plymouth, MI  48170

**FIRST CLASS MAIL & CERTIFIED MAIL**
Registered Agent Solutions, Inc
*(re Cequent Performance Products, Inc. )*
838 Walker Road, Suite 21-2
Dover, DE  19904

**FIRST CLASS MAIL & CERTIFIED MAIL**
Registered Agent Solutions, Inc.
*(re Cequent Performance Products, Inc. )*
8164 Executive Court, Suite C
Lansing, MI  48917

**FIRST CLASS MAIL & CERTIFIED MAIL**
Champion Laboratories, Inc.
200 S 4th Street
Albion, IL  62806

**FIRST CLASS MAIL & CERTIFIED MAIL**
Registered Agent Solutions, Inc
*(re Champion Laboratories, Inc. )*
838 Walker Road, Suite 21-2
Dover, DE  19904

**FIRST CLASS MAIL & CERTIFIED MAIL**
Fram Group Operations LLC
127 Public Square, Suite 5300
Cleveland, OH  44114

**FIRST CLASS MAIL & CERTIFIED MAIL**
Fram Group Operations LLC
1900 W Field Ct
Lake Forest, IL  60045

**FIRST CLASS MAIL & CERTIFIED MAIL**
Registered Agent Solutions, Inc
*(re Fram Group Operations LLC)*
838 Walker Road, Suite 21-2
Dover, DE  19904

**FIRST CLASS MAIL & CERTIFIED MAIL**
Horizon Global Americas Inc.
3255 West Hamlin Road
Rochester Hills, MI  48309

**FIRST CLASS MAIL & CERTIFIED MAIL**
Registered Agent Solutions, Inc
*(re Horizon Global Americas Inc. )*
838 Walker Road, Suite 21-2
Dover, DE  19904

**FIRST CLASS MAIL & CERTIFIED MAIL**
International Brake Industries, Inc.
1840 North McCullough Street
Lima, OH  45801

**FIRST CLASS MAIL & CERTIFIED MAIL**
Registered Agent Solutions, Inc
*(re International Brake Industries, Inc.)*
833 Walker Road, Suite 21-2
Dover, DE  19904

**FIRST CLASS MAIL & CERTIFIED MAIL**
Trico Products Corporation
127 Public Square, Suite 5110
Cleveland, OH  44114

**FIRST CLASS MAIL & CERTIFIED MAIL**
Trico Products Corporation
3255 W Hamlin Road, #3231
Rochester Hills, MI  48309

**FIRST CLASS MAIL & CERTIFIED MAIL**
Trico Products Corporation
8164 Executive Ct, STE C
Lansing, MI  48917

| | |
|---|---|
| **FIRST CLASS MAIL & CERTIFIED MAIL**<br>Registered Agent Solutions, Inc<br>*(re Trico Products Corporation)*<br>99 Washington Avenue, Suite 700<br>Albany, NY  12260 | **FIRST CLASS MAIL & CERTIFIED MAIL**<br>Walbro LLC<br>6242 Garfield Ave<br>Cass City, MI  48726 |
| **FIRST CLASS MAIL & CERTIFIED MAIL**<br>Walbro LLC<br>127 Public Square, Suite 5300<br>Cleveland, OH  44114 | **FIRST CLASS MAIL & CERTIFIED MAIL**<br>Registered Agent Solutions, Inc<br>*(re Walbro LLC )*<br>833 Walker Road, Suite 21-2<br>Dover, DE  19904 |