IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| YRC INC., YELLOW LOGISTICS, INC., USF HOLLAND LLC, USF REDDAWAY INC., NEW PENN MOTOR EXPRESS, LLC, and YRC ENTERPRISE SERVICES, INC.,<br><br>         Plaintiffs,<br><br>v.<br><br>FIRST BRANDS GROUP, LLC, ASC INDUSTRIES, INC., BRAKE PARTS INC LLC, CARTER FUEL SYSTEMS, LLC, CHAMPION LABORATORIES, INC., CWD, LLC, FRAM GROUP OPERATIONS LLC, HORIZON GLOBAL AMERICAS INC., INTERNATIONAL BRAKE INDUSTRIES, INC., TRICO PRODUCTS CORPORATION, and WALBRO LLC,<br><br>         Defendants. | Adv. Proc. No. 25-51852 (CTG)<br><br>Re: Adv. Proc. D.I. 1, 4 |

**ORDER APPROVING THE PARTIES' JOINT STIPULATION
ON AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

1

2

Upon consideration of the Parties' *Joint Stipulation on an Extension of Time to Respond to the Complaint* ("Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**; and the Court having jurisdiction to consider the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT** the Stipulation, attached hereto as **Exhibit 1**, is **APPROVED**; and it is

**FURTHER ORDERED** that Defendants' deadline to respond to the Complaint is now October 6, 2025; and it is

**FURTHER ORDERED** that the Parties may extend this deadline further by agreement.

**Dated: August 28th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Stipulation.