### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| YRC INC., YELLOW LOGISTICS, INC., USF HOLLAND LLC, USF REDDAWAY INC., NEW PENN MOTOR EXPRESS, LLC, and YRC ENTERPRISE SERVICES, INC.,<br><br>                       Plaintiffs,<br><br>v.<br><br>FIRST BRANDS GROUP, LLC, ASC INDUSTRIES, INC., BRAKE PARTS INC LLC, CARTER FUEL SYSTEMS, LLC, CHAMPION LABORATORIES, INC., CWD, LLC, FRAM GROUP OPERATIONS LLC, HORIZON GLOBAL AMERICAS INC., INTERNATIONAL BRAKE INDUSTRIES, INC., TRICO PRODUCTS CORPORATION, and WALBRO LLC,<br><br>                       Defendants. | Adv. Proc. No. 25-51852 (CTG)<br><br>Re: Adv. Proc. D.I. 1 |

### NOTICE OF SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that, between September 24, 2025 and September 29, 2025, all defendants in the above-captioned action (along with their debtor affiliates, the "**First Brands**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101, et seq.) (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Texas Bankruptcy Court**"). The First Brands Debtors' chapter 11 cases are jointly administered under the lead case captioned *First Brands Group, LLC, et al.*, Case No. 25-90399 (CML). Copies of the First Brands Debtors' chapter 11 petitions are available on the website of the First Brands Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code (the "**Automatic Stay**"), the filing of the chapter 11 bankruptcy petitions "operates as a stay, applicable to all entities," of, among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3).

**PLEASE TAKE FURTHER NOTICE** that any action against the First Brands Debtors without obtaining relief from the Automatic Stay from the Texas Bankruptcy Court is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay. The First Brands Debtors reserve and retain their statutory rights to seek relief in the Texas Bankruptcy Court from

---

[2] A complete list of the First Brands Debtors in these chapter 11 cases may be obtained on the website of the First Brands Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The First Brands Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

any action by Plaintiffs or any judgment, order, or ruling entered in violation of the Automatic Stay.

In the event the Court or any parties have questions regarding the First Brands Debtors' chapter 11 cases or this notice, please contact bankruptcy counsel for the First Brands Debtors:

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Gabriel A. Morgan<br>Clifford W. Carlson<br>700 Louisiana Street, Suite 1700<br>Houston, Texas 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br>Email:  Gabriel.Morgan@weil.com<br>            Clifford.Carlson@weil.com | WEIL, GOTSHAL & MANGES LLP<br>Matthew S. Barr<br>Sunny Singh<br>Andriana Georgallas<br>Kevin Bostel<br>Jason H. George<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email:  Matt.Barr@weil.com<br>            Sunny.Singh@weil.com<br>            Andriana.Georgallas@weil.com<br>            Kevin.Bostel@weil.com<br>            Jason.George@weil.com |

Respectfully submitted,

Dated: September 30, 2025

**FOX ROTHSCHILD LLP**

<u>/s/ Seth A. Niederman</u>
Seth A. Niederman (DE Bar No. 4588)
1201 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: sniederman@foxrothschild.com

*Counsel to Defendants*