## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Re: Docket No. 7726** |
| | ) | |
| | ) | |
| YELLOW CORPORATION, *et al.*, | ) | Adv. Pro. No. See Exhibit A (CTG) |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| DEFENDANTS LISTED ON EXHIBIT A, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| YRC INC., YELLOW LOGISTICS, INC., USF HOLLAND LLC, USF REDDAWAY INC., NEW PENN MOTOR EXPRESS, LLC, and YRC ENTERPRISE SERVICES, INC., | ) | Adv. Pro. No. 25-51852 (CTG) |
| | ) | **Re: Docket No. 7** |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| FIRST BRANDS GROUP, LLC, ASC INDUSTRIES, INC., BRAKE PARTS INC LLC, CARTER FUEL SYSTEMS, LLC, CHAMPION LABORATORIES, INC., CWD, LLC, FRAM GROUP OPERATIONS LLC, HORIZON GLOBAL AMERICAS INC., INTERNATIONAL BRAKE INDUSTRIES, INC., TRICO PRODUCTS CORPORATION, and WALBRO LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON OCTOBER 6, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

> **THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**RESOLVED MATTERS:**

1. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Joyce, LLC as Special Counsel to Pursue Avoidance Actions [Filed: 8/21/25] ([Docket No. 7475](#))

   Response Deadline:  September 11, 2025, at 4:00 p.m. (ET)

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   A. Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Joyce, LLC as Special Counsel to Pursue Avoidance Actions [Filed: 9/17/25] ([Docket No. 7622](#))

   B. [Signed] Order Authorizing the Retention and Employment of Joyce, LLC as Special Counsel to Pursue Avoidance Actions [Filed: 9/18/25] ([Docket No. 7631](#))

   Status:  The Court has entered an order on this matter.  No hearing is necessary.

2. Motion of Madrona Cutter, LLC and Gulsons Cutter, LLC for Allowance and Payment of Administrative Expense Claim Arising from Lease Rejection [Filed: 8/28/25] ([Docket No. 7522](#))

   Response Deadline:  September 12, 2025, at 4:00 p.m. (ET)

   Responses Received: None as of the date of this Notice of Agenda.

---

[2] **Amended items are in bold.**

Related Documents:

- A. Declaration of Jordan Winkler in Support of Motion of Madrona Cutter, LLC and Gulsons Cutter, LLC for Allowance and Payment of Administrative Expense Claim Arising from Lease Rejection [Filed: 8/28/25] ([Docket No. 7524](#))

- B. Certification of Counsel Regarding Joint Stipulation By and Among the Debtor and Madrona Cutter, LLC and Gulsons Cutter, LLC for Allowance and Payment of Administrative Expense Claim Arising from Lease Rejection [Filed: 9/17/25] ([Docket No. 7627](#))

- C. [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Madrona Cutter, LLC and Gulsons Cutter, LLC to Resolve Certain Administrative Claims [Filed: 9/18/25] ([Docket No. 7634](#))

Status: The Court has entered an order on this matter. No hearing is necessary.

3. Motion of Madrona Cutter, LLC and Gulsons Cutter, LLC for Allowance and Payment of Administrative Expense Claim Arising from Past Due Tax Obligation [Filed: 8/29/25] ([Docket No. 7534](#))

   Response Deadline: September 12, 2025, at 4:00 p.m. (ET)

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   - A. Certification of Counsel Regarding Joint Stipulation By and Among the Debtor and Madrona Cutter, LLC and Gulsons Cutter, LLC for Allowance and Payment of Administrative Expense Claim Arising from Lease Rejection [Filed: 9/17/25] ([Docket No. 7627](#))

   - B. [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Madrona Cutter, LLC and Gulsons Cutter, LLC to Resolve Certain Administrative Claims [Filed: 9/18/25] ([Docket No. 7634](#))

   Status: The Court has entered an order on this matter. No hearing is necessary.

**RESOLVED PREFERENCE MATTERS:**

4. *[Yellow v. Multicase Preference Actions]* Pretrial Conference on Preference Complaints [Preference Action Multicase] (Various Docket Nos.)

   Status: Pursuant to the order establishing streamlined procedures entered in the respective adversary proceedings, the pretrial conference is waived, and no hearing is necessary.

5. *[Yellow v. Multicase Preference Actions]* Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code [Filed: 9/2/25] ([Docket No. 7539](#)) [Preference Action Multicase] (Various Docket Nos.)

   Response Deadline:  September 16, 2025, at 4:00 p.m. (ET)

   Responses Received: None.

   Related Documents:

   A. Certification of Counsel Regarding Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiffs Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code [Filed: 9/18/25] ([Docket No. 7635](#))

   B. [Signed] Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total in Controversy Greater Than $150,000.00 Brought By Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code [Filed: 9/19/25] ([Docket No. 7638](#)) [Preference Action Multicase] (Various Docket Nos.)

   C. [Signed] Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total in Controversy Less Than or Equal to $150,000.00 Brought By Plaintiffs Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code [Filed: 9/19/25] ([Docket No. 7639](#)) [Preference Action Multicase] (Various Docket Nos.)

   Status:  The Court has entered an order on this matter.  No hearing is necessary.

**ADJOURNED MATTERS:**

6. Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as Administrative Expense [Filed: 12/9/24] ([Docket No. 5096](#))

   Response Deadline:  December 23, 2024, at 4:00 p.m. (ET)

   Responses Received:

   A. Debtors' Objection to Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as Administrative Expense [Filed: 12/23/24] ([Docket No. 5269](#))

   Reply Deadline:  January 15, 2025, at 4:00 p.m. (ET)

Replies Received:

- A. Reply of the Pension Benefit Guaranty Corporation in Support of Motion for Allowance and Payment of Premiums as Administrative Expense [Filed: 1/15/25] (Docket No. 5410)

Related Documents:

- A. [Proposed] Order Granting Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as Administrative Expense [Filed: 12/9/24] (Docket No. 5096)

Status:   This matter is adjourned to the omnibus hearing on November 12, 2025, at 10:00 a.m. (ET).

7. Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 4/29/25] (Docket No. 6204)

Response Deadline:  May 20, 2025, at 4:00 p.m. (ET)

Responses Received:

- A. Objection to Motion to Convert the Debtor's Chapter 11 cases to cases under Chapter 7 of the Bankruptcy Code Filed by Clifton Jerome Branton [Filed: 5/23/25] (Docket No. 6402)

- B. Objection to Motion Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of The Bankruptcy Code Filed by Willy's Precision Towing [Filed: 5/28/25] (Docket No. 6411)

- C. Letter in Response to Notice of Conversion Filed by Gary Fristrom [Filed: 5/28/25] (Docket No. 6412)

- D. Objection of Debtors to Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 5/5/25] (Docket No. 6225)

- E. Joinder of Equity Interest Holder Peter Levinson in Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 5/14/25] (Docket No. 6330)

- F. Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, et al., to Objection of Debtors to Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 5/20/25] (Docket No. 6355)

G. Objection letter from Marvin Faulk to Motion to Convert [Filed: 5/21/25] (Docket No. 6360)

H. Letter in Response to Motion Converting The Debtors' Chapter 11 Cases to Cases Under Chapter 7 of The Bankruptcy Code Filed by Willy's Precision Towing Filed by George Campbell [Filed: 6/6/25] (Docket No. 6460)

I. Letter to Judge Goldblatt in Support of the Motion Filed by MFN Partners LP to Convert This Case from Chapter 11 to Chapter 7 Filed By YELLQ Equity Security Holder [Filed: 6/16/25] (Docket No. 6518)

J. Letter to Judge Goldblatt re Motion to Convert Filed by William Hill [Filed: 6/16/25] (Docket No. 6519)

Replies Received:

A. [SEALED] MFN Parties' Reply in Further Support of the Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 6/12/25] (Docket No. 6507)

Related Documents:

A. [Proposed] Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 4/29/25] (Docket No. 6204, Exhibit A)

B. The Official Committee of Unsecured Creditors' Witness and Exhibit List for the Omnibus Hearing Scheduled for June 17, 2025, at 10:00 a.m. (Prevailing Eastern Time) [Filed: 6/13/25] (Docket No. 6510)

C. MFN Partners, LP and Mobile Street Holdings, LLC's Witness & Exhibit List for Hearing on June 17, 2025 [Filed: 6/13/25] (Docket No. 6512)

D. Debtors' Witness & Exhibit List for Hearing on June 17, 2025 at 10:00 a.m. (ET) [Filed: 6/13/25] (Docket No. 6513)

E. Amended MFN Partners, LP and Mobile Street Holdings, LLC's Witness & Exhibit List for Hearing on June 17, 2025 [Filed: 6/13/25] (Docket No. 6517)

F. [Signed] Order Regarding Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 6/18/25] (Docket No. 6537)

G. MFN Partners, LP and Mobile Street Holdings, LLC's Witness and Exhibit List for Hearing on September 4, 2025 [Filed: 9/2/25] (Docket No. 7542)

Status:  This matter is adjourned to the omnibus hearing on November 12, 2025, at 10:00 a.m. (ET).

8. Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] (Docket No. 7357)

   Response Deadline:  August 25, 2025, at 4:00 p.m. (ET) *(extended until October 3, 2025 for Dedicated Delivery Professionals)*

   Responses Received:

   A. Informal response of Dedicated Delivery Professionals [Claim Nos. 18476, 18656, 18662, 18670, 18676, 18714, 18722, 18726, 18731, 18736, 18744, 18749, 18750, 18650, 18765, 18769, 18770, 18772, 18773, 18774, 18761, 18494, 18544]

   B. Informal response of Span Alaska [Claim No. 17827]

   C. AmeriGas Propane [Claim No. 16806]

   Related Documents:

   A. [Proposed] Order Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] (Docket No. 7357, Exhibit A)

   B. Notice of Submission of Proofs of Claim in Connection with Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/21/25] (Docket No. 7469)

   C. Certification of Counsel Regarding Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 9/4/25] (Docket No. 7564)

   D. [Signed] Order Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 9/8/25] (Docket No. 7578)

   Status:  This matter is adjourned to the omnibus hearing on November 12, 2025, at 10:00 a.m. (ET) with regard to the claims of Dedicated Delivery Professionals claims and Span Alaska's claim.

9. Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] (Docket No. 7358)

Response Deadline:   August 25, 2025, at 4:00 p.m. (ET) *(extended until September 12, 2025 at 4:00 p.m. (ET) for Qwest/Century Link) (extended until September 26, 2025 at 4:00 p.m. (ET) for the U.S. Department of Defense and SubroSmart)*

Responses Received:

A. WIPT, Inc.'s Response to Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims, as to WIPT's Claim No. 19680 [Filed: 8/25/25] ([Docket No. 7505](#))

B. WIPT, Inc.'s Response to Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims, as to WIPT's Claim No. 19680 [Filed: 8/28/25] ([Docket No. 7521](#))

C. Informal response of the U.S. Department of Defense [Claim No. 19707] [Filed: TBD] (Docket No. TBD)

D. Informal response of SubroSmart [Claims Nos. 19732, 19740, 19754]

E. Informal response of Qwest/Century Link [Claim No. 19832]

F. Lumen Technologies, Inc.'s Response to Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 Re: Lumen's Proof of Claim No. 19832 [Filed: 9/11/25] ([Docket No. 7595](#))

Related Documents:

A. [Proposed] Order Sustaining Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] ([Docket No. 7358, Exhibit A](#))

B. Notice of Submission of Proofs of Claim in Connection with Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/21/25] ([Docket No. 7470](#))

C. Certification of Counsel Regarding Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 9/4/25] ([Docket No. 7565](#))

D. [Signed] Order Sustaining Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 9/8/25] ([Docket No. 7579](#))

Status:  This matter is adjourned to the omnibus hearing on November 12, 2025, at 10:00 a.m. (ET) with regard to the claims of U.S. Department of Defense, SubroSmart, and Qwest/Century Link. The Debtors have resolved the response filed by Lumen and anticipate filing a certification of counsel in the near term.  No hearing is necessary.

10. *[Yellow v. First Brands Group, LLC – Adv. Pro. 25-51852]* Pretrial Conference Re: Complaint [Filed: 8/5/25] (Docket No. 1)

    Related Documents:

    A.   Complaint [Filed: 8/5/25] (Docket No. 1)

    B.   Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 8/6/25] (Docket No. 3)

    C.   [Signed] Order Approving the Parties' Joint Stipulation on an Extension of Time to Respond to the Complaint [Filed: 8/28/25] (Docket No. 5)

    Status:  The pretrial conference on this matter is adjourned to the omnibus hearing on November 12, 2025, at 10:00 a.m. (ET).

**MATTERS FOR WHICH A COC HAS BEEN FILED:**

11. Debtors' Motion for Entry of an Order (I) Approving the Asset Purchase Agreement with Phelps Properties-Earls Rd, LLC; (II) Authorizing and Approving the Sale of a Certain Property of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Filed: 9/15/25] (Docket No. 7612)

    Response Deadline:  September 29, 2024, at 4:00 p.m. (ET)

    Responses Received:  Informal comments from Chubb Companies

    Related Documents:

    A.   [Proposed] Order (I) Approving the Asset Purchase Agreement with Phelps Properties-Earls Rd, LLC; (II) Authorizing and Approving the Sale of a Certain Property of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Filed: 9/15/25] (Docket No. 7612, Exhibit A)

    B.   Declaration of Cody Leung Kaldenberg in Support of Entry of an Order (I) Approving the Asset Purchase Agreement With Phelps Properties-Earls Rd, LLC; (II) Authorizing and Approving the Sale of a Certain Property of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Filed: 9/15/25] (Docket No. 7613)

    C.   Certification of Counsel Regarding Order (I) Approving the Asset Purchase Agreement With Phelps Properties-Earls Rd, LLC; (II) Authorizing and

   Approving the Sale of a Certain Property of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Filed: 9/30/25] (Docket No. 7716)

   D. **[Signed] Order (I) Approving the Asset Purchase Agreement With Phelps Properties-Earls Rd, LLC; (II) Authorizing and Approving the Sale of a Certain Property of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Filed: 10/2/25] (Docket No. 7727)**

   **Status:** The Court has entered an order on this matter. No hearing is necessary

12. [Filed Under Seal] Motion of Debtors for Entry of an Order (I) Approving That Certain Web-Based Real Estate Promotional Agreement With Crexi Technologies, LLC, (II) Authorizing the Debtors to Redact and File Under Seal Certain Confidential Commercial Information Therein; and (III) Granting Related Relief [Filed: 9/15/25] (Docket No. 7614)

   Response Deadline: September 29, 2024, at 4:00 p.m. (ET)

   Responses Received: Informal comments from Mid-American Constructors, LLC

   Related Documents:

   A. [Filed Under Seal] [Proposed] Order (I) Approving That Certain Web-Based Real Estate Promotional Agreement With Crexi Technologies, LLC, (II) Authorizing the Debtors to Redact and File Under Seal Certain Confidential Commercial Information Therein; and (III) Granting Related Relief [Filed: 9/15/25] (Docket No. 7614, Exhibit A)

   B. [Redacted Version] Motion of Debtors for Entry of an Order (I) Approving That Certain Web-Based Real Estate Promotional Agreement With Crexi Technologies, LLC, (II) Authorizing the Debtors to Redact and File Under Seal Certain Confidential Commercial Information Therein; and (III) Granting Related Relief [Filed: 9/15/25] (Docket No. 7615)

   C. Certification of Counsel Regarding Order (I) Approving That Certain Web-Based Real Estate Promotional Agreement With Crexi Technologies, LLC, (II) Authorizing the Debtors to Redact and File Under Seal Certain Confidential Commercial Information Therein; and (III) Granting Related Relief [Filed: 9/30/25] (Docket No. 7715)

   D. **[Signed] Order (I) Approving That Certain Web-Based Real Estate Promotional Agreement With Crexi Technologies, LLC, (II) Authorizing the Debtors to Redact and File Under Seal Certain Confidential Commercial Information Therein; and (III) Granting Related Relief [Filed: 10/2/25] (Docket No. 7728)**

   **Status:** The Court has entered an order on this matter. No hearing is necessary.

Dated: October 2, 2025
       Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted pro hac vice) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| 919 North Market Street, 17th Floor | Telephone:   (312) 862-2000 |
| P.O. Box 8705 | Facsimile:    (312) 862-2200 |
| Wilmington, Delaware 19899-8705 | Email:          patrick.nash@kirkland.com |
| Telephone:   (302) 652-4100 |                       david.seligman@kirkland.com |
| Facsimile:    (302) 652-4400 | |
| Email:          ljones@pszjlaw.com | -and- |
|                       tcairns@pszjlaw.com | |
|                       pkeane@pszjlaw.com | Allyson B. Smith (admitted pro hac vice) |
|                       ecorma@pszjlaw.com | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:   (212) 446-4800 |
| | Facsimile:    (212) 446-4900 |
| | Email:          allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*